IN THE SUPREME COURT OF TEXAS

 444444444444
 No. 04-0949
 444444444444

 In re IN RE DOTY-MOORE TOWER SERVICES, INC., RELATOR

 4444444444444444444444444444444444444444444444444444
 On Petition for Writ of Mandamus
 444444444444444444444444444444444444444444444444444

 ORDER

 1. The Court abated the petition for writ of mandamus February 4,
2005, to allow the parties to proceed with settlement negotiations. The
petition is abated until May 31, 2005, or further order of this Court, and
is removed from the Court's active docket subject to reinstatement upon
proper motion. All motions and other documents pending or filed are abated
subject to being reurged in the event the petition is reinstated. It is
the responsibility of the parties to immediately notify this Court about
any changes in status in the settlement proceedings.

 2. The Court requests that parties file a status report no later
 than May 31, 2005.

 Done at the City of Austin, this 4th day of February, 2004.

 Andrew Weber, Clerk
 Supreme Court of
 Texas

 By_____________________________
 Nancy J. Vega, Deputy Clerk